STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959

Attorneys for Defendants
  CITIGROUP INC. and CITIBANK, N.A., for itself
  and as successor to CITIBANK (WEST), FSB,
  and CITIBANK F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIKE AMRHEIN, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITIBANK INC., CITIBANK (WEST) FSB, CITIBANK, N.A. AND CITIBANK F.S.B., and DOES 1 through 125,<br><br>　　　　　　Defendants. | Case No. CV-08-5101-SBA<br><br>[Assigned to the Hon. Saundra B. Armstrong]<br><br>**STIPULATION AND  ORDER TO CONTINUE HEARING AND BRIEFING ON MOTION TO TRANSFER CASE**<br><br>**Current Hearing Date:**<br>Date:  March 31, 2009<br>Time: 1:00 p.m.<br>Ctrm.: 3, Third Floor<br><br>**Proposed Hearing Date:**<br>Date:  April 21, 2009<br>Time: 1:00 p.m.<br>Ctrm.: 3, Third Floor |

STIPULATION AND [PROPOSED] ORDER
Case No. CV-08-5101-SBA

LA 51124411

# STIPULATION

WHEREAS, on or about October 29, 2008, Citibank, N.A. ("Citibank") filed a complaint for declaratory relief in the Superior Court for the County of San Bernardino, California against Mike Amrhein (the "Declaratory Relief Action");

WHEREAS, or about November 7, 2008, plaintiff Mike Amrhein ("Amrhein") filed the Class Action Complaint (the "Complaint") against defendants Citigroup Inc., erroneously sued as "Citibank Inc.," and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B. (together, "Defendants");

WHEREAS, on or about November 18, 2009, Amrhein removed the Declaratory Relief Action to the Central District of California, Eastern Division, Case No. ED CV 08-01679-SGL (AJWx);

WHEREAS, on or about December 18, 2008, Citibank filed a motion to remand the Declaratory Relief Action to state court, which is scheduled to be heard on March 16, 2009 (the "Remand Motion");

WHEREAS, on or about February 19, 2009, Amrhein filed a motion to transfer this action to the Central District of California in order to relate it to the Declaratory Relief Action, which is scheduled to be heard on March 31, 2009 (the "Transfer Motion");

WHEREAS, pursuant to Civil Local Rule 7.3(a) and (c), Defendants' opposition to the Transfer Motion currently is due by March 10, 2009 and Amrhein's reply currently is due by March 17, 2009;

WHEREAS, the parties have agreed to continue the hearing on the Transfer Motion to April 21, 2009 to allow the Remand Motion to be heard and determined before further briefing occurs on the Transfer Motion;

WHEREAS, a continuance is necessary to avoid unwarranted expenditure of time and resources in preparing a response to the Transfer Motion if the Declaratory Relief Action subsequently is remanded to state court;

STIPULATION AND [PROPOSED] ORDER
Case No. CV-08-5101-SBA

LA 51124411

- 1 -

WHEREAS, the parties previously stipulated, without a Court order, for a two-week continuance of the date on which Defendants must respond to the Complaint and thereafter submitted stipulations to continue the initial Case Management Conference and to further continue the date of Defendants' response to the Complaint, both of which were granted by the Court; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. The hearing on the Transfer Motion is continued from March 31, 2009 at 1:00 p.m. to April 21, 2009 at 1:00 p.m.

2. The date by which Defendants must file their opposition to the Transfer Motion is continued from March 10, 2009 to and including March 31, 2009.

3. The date by which Amrhein must file his reply in support of the Transfer Motion is continued from March 17, 2009 to and including April 7, 2009.

IT IS SO STIPULATED.

Dated: February 27, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
A. R. KACHADOORIAN

By: /s/ *Lisa M. Simonetti*
Lisa M. Simonetti

Attorneys for Defendants
CITIGROUP INC. and CITIBANK, N.A., for itself and as successor to CITIBANK (WEST), FSB, and CITIBANK F.S.B.

Dated: February __, 2009

MCCUNE & WRIGHT, LLP
RICHARD D. MCCUNE
JAE (EDDIE) K. KIM

By: 
Richard D. McCune

Attorneys for Plaintiff
MIKE AMRHEIN

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

1. The hearing on the Transfer Motion is continued from March 31, 2009 at 1:00 p.m. to April 21, 2009 at 1:00 p.m.

2. The date by which Defendants must file their opposition to the Transfer Motion is continued from March 10, 2009 to and including March 31, 2009.

3. The date by which Amrhein must file his reply in support of the Transfer Motion is continued from March 17, 2009 to and including April 7, 2009.

IT IS SO ORDERED.

DATED: 3/2/09

_____
The Honorable Saundra B. Armstrong
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CV-08-5101-SBA

LA 51124411

- 3 -