1 | STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
2 | LISA M. SIMONETTI (State Bar No. 165996)
A.R. KACHADOORIAN (State Bar No. 240601)
3 | 2029 Century Park East
Los Angeles, California 90067-3086
4 | Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendants
CITIGROUP INC. and CITIBANK, N.A., for itself
and as successor to CITIBANK (WEST), FSB,
and CITIBANK F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MIKE AMRHEIN,  )  Case No. CV-08-5101-SBA
              )
     Plaintiff,  )  [Assigned to the Hon. Saundra B. Armstrong]
              )
     vs.       )  **STIPULATION AND ORDER TO EXTEND
              )  TIME TO RESPOND TO CLASS ACTION
CITIBANK INC., CITIBANK (WEST) FSB,  )  COMPLAINT**
CITIBANK, N.A. AND CITIBANK F.S.B., and )
DOES 1-125,  )
              )
     Defendants.  )
              )

STIPULATION AND [PROPOSED] ORDER
Case No. CV-08-5101-SBA

LA 51129095

# STIPULATION

WHEREAS, plaintiff Mike Amrhein ("Plaintiff") filed his Class Action Complaint (the "Complaint") on or about November 7, 2008;

WHEREAS, defendants Citigroup Inc. and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B. (together, "Defendants"), executed a Waiver of the Service of Summons on December 4, 2008;

WHEREAS, on January 26, 2009, the parties filed a stipulation extending the date by which Defendants must respond to the Complaint by a period of two weeks, from January 30, 2009 to February 13, 2009;

WHEREAS, Plaintiff advised that he intended to submit an amended Complaint to the Court, in February or early March, adding one or more new plaintiffs and new allegations;

WHEREAS, on February 5, 2009, the parties filed a stipulation to further extend the time in which Defendants must respond to the Complaint to March 16, 2009, which the Court granted;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request an order altering a date that involves papers required to be filed with the Court;

WHEREAS, as of March 16, 2009, Plaintiff needs an additional week to amend the Complaint;

WHEREAS, Defendants indicated that they will need until April 6, 2009 to submit their responsive pleading to the amended complaint, or to the original Complaint if an amended complaint is not filed as of March 23, 2009;

WHEREAS, in light of the foregoing, the parties have agreed to extend the time in which Defendants must respond to the original Complaint for twenty-one (21) days past the present deadline of March 16, 2009, to and including April 6, 2009; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

/ /

/ /

/ /

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendants' time to respond to the original Complaint hereby is extended for a period of twenty-one (21) days, to and including April 6, 2009.

IT IS SO STIPULATED.

Dated: March 16, 2009            STROOCK & STROOCK & LAVAN LLP
                                 JULIA B. STRICKLAND
                                 LISA M. SIMONETTI
                                 A. R. KACHADOORIAN


                                 By:      /s/ *Lisa M. Simonetti*
                                              Lisa M. Simonetti

                                 Attorneys for Defendants
                                   CITIGROUP INC. and CITIBANK, N.A., for
                                   itself and as successor to CITIBANK
                                   (WEST), FSB, and CITIBANK F.S.B.


Dated: March 16, 2009            MCCUNE & WRIGHT, LLP
                                 RICHARD D. MCCUNE
                                 JAE (EDDIE) K. KIM


                                 By:      */s/ Richard D. McCune*
                                              Richard D. McCune

                                 Attorneys for Plaintiff
                                   MIKE AMRHEIN

LA 51129095                      - 2 -
                                                STIPULATION AND [PROPOSED] ORDER
                                                        Case No. CV-08-5101-SBA

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The time for defendants Citigroup Inc. and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B., to respond to the amended or original Complaint hereby is extended to and including April 6, 2009.

IT IS SO ORDERED.

DATED:  3/27/09

_____
The Honorable Saunda B. Armstrong
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51129095

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No. CV-08-5101-SBA