STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendants
CITIGROUP INC. and CITIBANK, N.A., for itself and as successor to CITIBANK (WEST), FSB, and CITIBANK F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIKE AMRHEIN,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK INC., CITIBANK (WEST) FSB, CITIBANK, N.A. AND CITIBANK F.S.B., and DOES 1-125,<br><br>Defendants. | Case No. CV-08-5101-SBA<br><br>[Assigned to the Hon. Saundra B. Armstrong]<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**STIPULATION**

WHEREAS, plaintiff Mike Amrhein ("Plaintiff") filed his Class Action Complaint (the "Complaint") on or about November 7, 2008;

WHEREAS, defendants Citigroup Inc. and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B. (together, "Defendants"), executed a Waiver of the Service of Summons on December 4, 2008;

WHEREAS, on January 26, 2009, the parties filed a stipulation extending the date by which Defendants must respond to the Complaint by a period of two weeks, from January 30, 2009 to February 13, 2009;

WHEREAS, Plaintiff advised that he intended to submit an amended Complaint to the Court, in February or early March, adding one or more new plaintiffs and new allegations;

WHEREAS, on February 5, 2009, the parties filed a stipulation to further extend the time in which Defendants must respond to the Complaint to March 16, 2009, which the Court granted;

WHEREAS, on March 16, 2009, the parties filed a stipulation to further extend the time in which Defendants must respond to the Complaint to April 6, 2009;

WHEREAS, an initial case management conference was scheduled for February 11, 2009;

WHEREAS, on January 30, 2009, the parties filed a stipulation to continue the initial case management conference, which the Court granted and continued the initial case management conference to April 15, 2009;

WHEREAS, a hearing on Plaintiff's motion to transfer this action to the Central District of California (the "Transfer Motion") currently is scheduled for April 21, 2009, but which was re-noticed for May 19, 2009, in light of the fact that the Judge in the Central District Case, Citibank, N.A. v. Amrhein, case number EDCV08-1679 SGL(AJWx), to which Plaintiff seeks to relate this case upon transfer, has yet to decide whether to remand the Citibank case to state court;

WHEREAS, in light of the foregoing, the parties have agreed to further extend the time in which Defendants must respond to the original Complaint for seven (7) days, from April 6, 2009, to and including April 13, 2009;

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

WHEREAS, the parties have agreed to continue the initial case management conference to May 20, 2009, or a later date when the Court is available following the hearing on the Transfer Motion; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. Defendants' time to respond to the original Complaint is extended for a period of seven (7) days, to and including April 13, 2009.

2. The initial case management conference is continued to May 20, 2009, or a later date when the Court is available following the hearing on the Transfer Motion.

IT IS SO STIPULATED.

Dated: March 31, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
A. R. KACHADOORIAN

By: /s/ *Lisa M. Simonetti*
Lisa M. Simonetti

Attorneys for Defendants
CITIGROUP INC. and CITIBANK, N.A., for itself and as successor to CITIBANK (WEST), FSB, and CITIBANK F.S.B.

Dated: March 31, 2009

MCCUNE & WRIGHT, LLP
RICHARD D. MCCUNE
JAE (EDDIE) K. KIM

By: */s/ Richard D. McCune*
Richard D. McCune

Attorneys for Plaintiff
MIKE AMRHEIN

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

1. Defendants' time to respond to the original Complaint is extended for a period of seven (7) days, to and including April 13, 2009.

2. The Case Management Conference currently scheduled for April 15 2009 shall be CONTINUED to **June 3, 2009 at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

DATED: March 31, 2009

Saundra B. Armstrong
The Honorable Saunda Brown Armstrong
United States District Judge